IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILLIS MCDANIELS, JR.<br>Plaintiff | : | CIVIL ACTION |
| vs. | : | |
| CAROLYN COLVIN[1],<br>Acting Commissioner of Social Security,<br>Defendant | : | NO. 12-6083 |

FILED
MAR 18 2014
MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

## ORDER

DARNELL JONES, II, J.

AND NOW, this 18th day of March, 2014, upon consideration of the plaintiff's motion for summary judgment, and defendant's response to request for review, and after careful review of the Report and Recommendation of United States Magistrate Judge Linda K. Caracappa, IT IS ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED;

2. Plaintiff's Motion for Summary Judgment is GRANTED;

3. The case is REMANDED in accordance with the fourth sentence of 42 U.S.C. Section 405(g) to the Commissioner of the Social Security Administration for proceedings consistent with the Report and Recommendation of United States Magistrate Linda K. Caracappa.

It is so ORDERED
BY THE COURT:

_____
DARNELL JONES, II
UNITED STATES DISTRICT JUDGE

---

[1] Carolyn W. Colvin became the Acting Commissioner of Social Security on February 14, 2013. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Carolyn W. Colvin should be substituted for previous Commissioner Michael J. Astrue as defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).